ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHEN A. CAZARES (Cal. Bar No. 201864)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0707
     Facsimile:  (213) 894-6269
     E-mail:  Steve.Cazares@usdoj.gov

**FILED:  4/1/14**

cc: USPO

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>           v.<br><br>DARRELL RAY FULLER,<br>  aka "Darren Ray Fuller,"<br><br>       Defendant. | No. CR 87-851-AWT<br><br>[~~PROPOSED~~] ORDER TERMINATING SUPERVISED RELEASE |

   Having read and considered the Stipulation to Terminate Supervised Release in this case and, for good cause shown, the Court hereby ORDERS:

   The five year period of supervised release imposed in this case on October 3, 1988 is terminated and defendant shall no longer be subject to the supervision of the United States Probation Office in this case No. 87-851.

   IT IS SO ORDERED.

   3/31/14                                  _____
DATE                                        HONORABLE GEORGE H. KING
                                            UNITED STATES DISTRICT JUDGE